**Order entered May 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00040-CV

**IN THE INTEREST OF M.A.M., A CHILD**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-03-14732-T**

## ORDER

We **GRANT** appellant's May 1, 2014 motion for an extension of time to file an amended brief. Appellant shall file his amended brief on or before **June 2, 2014**. Appellee's brief will be due thirty days after appellant's amended brief is filed. *See* TEX. R. APP. P. 38.6(b).

/s/     ADA BROWN
          JUSTICE